

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-13-00097-CV

| | | |
|---|---|---|
| Luke Adam Stanton, Sr. | § | From the 431st District Court |
| | § | of Denton County (2011-71033-431) |
| v. | § | |
| | | October 16, 2014 |
| | § | |
| | | Opinion by Justice David Chew |
| Kimberly Faye Stanton | | |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.


SECOND DISTRICT COURT OF APPEALS

By __/s/ David Chew_____
         Justice David Chew